**Adam Paul STREGE, Appellant,**

v.

**DEUTSCHE HYPOTHEKEN BANK, and its subsidiaries; Cathy Bowman, and her Husband and his Underwriting Company; Cathy Bowman's Daughter, the Afghanistan Ambassador, Her Husband the Swiss Banker, the Swiss Bank he works for; Cathy Bowman's Son, that deals with Embezzlement in Washington, D.C.; Cathy Bowman's Children, Both in their official and unofficial capacity; Pasco M. Bowman, In his official and unofficial capacity; James B. Loken, In his official and unofficial capacity; Opus Construction Company; Wilson McShane; William H. Stephenson; Rob, at 1892 Feronia Ave.; Judy McCoy, And Husband in official and unofficial capacity; Brian Obert, In his official and unofficial capacity; Homeowner at 452 Laurel Ave., and her ex-husband in his official and unofficial capacity; Sahara McGee, Minnesota Attorney General in official and unofficial capacity; West Law, and the company at 610 Opperman Drive; Gerald Rauenhorst; U.S. Bancorp; U.S. Bank; Landesbank Ba-**

**den Wuerttemberg; North Central States Regional Council of Carpenters; United States of America, Appellees.**

**No. 09–3716.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 17, 2010.

Filed: May 20, 2010.

Adam Paul Strege, Brook Park, MN, pro se.

Amber N. Bowman, William Frederick Stute, Jr., Charles F. Webber, Amy Catherine Taber, Faegre & Benson, Lonnie Frank Bryan, U.S. Attorney's Office, Minneapolis, MN, Yingtao Ho, Matthew Ruehl Robbins, Previant & Goldberg, Milwaukee, WI, for Appellees.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Adam Paul Strege appeals the district court's [1] order granting defendants' motions to dismiss his complaint. The district court reasoned, in part, that Strege's complaint, which consisted of unintelligible allegations of conspiracy to conceal murder and other wrongdoing on the part of the named individuals and entities, failed to state a claim upon which relief could be granted against any defendant. Following careful de novo review, we agree. *See Friends of Lake View Sch. Dist. Inc. No. 25 v. Beebe,* 578 F.3d 753, 758 (8th Cir. 2009) (court may affirm on any basis rec-

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

ord supports); *see also Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 554–55, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007) (to survive motion to dismiss for failure to state claim, complaint must contain enough facts to state claim to relief that is plausible on its face); *Carter v. Arkansas,* 392 F.3d 965, 968 (8th Cir.2004) (de novo review). The judgment is affirmed. *See* 8th Cir. R. 47B.